AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

EFRAIN SANTIAGO CARTAGENA

           Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 10-2536 (WJM)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

X GRANTED and

X The clerk is directed to file the complaint, and

___ DENIED, for the following reasons:

_____
_____
_____

On this 15th day of June, 2010

                                WILLIAM J. MARTINI, U.S.D.J.

Plaintiff may submit a filing fee of $350.00 within 30 days of this Order to reopen this case.